**Order entered July 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00230-CV

### EDUARDO DEL BOSQUE, Appellant

### V.

### JUAN BARBOSA, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18847**

### ORDER

Before the Court is appellant's July 21, 2022 unopposed third motion for an extension of time to file its brief on the merits. Appellant explains that the parties are close to finalizing a settlement agreement. We **GRANT** the motion **to the extent** that appellant shall file either its brief or a motion to dismiss the appeal on or before **August 8, 2022**.

/s/ KEN MOLBERG
JUSTICE